No. 04–10389. WESTBURY v. DORCHESTER COUNTY, SOUTH CAROLINA, ET AL. Ct. App. S. C. Certiorari denied.

No. 04–10390. JONES v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 04–10391. DICKERSON v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 04–10392. CORTEZ-ROCHA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10396. JOHNSON v. ORTIZ, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10397. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10400. LEVI v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10401. NORFLEET v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10402. PEYTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10403. SAITTA v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10404. LUNA-SANTANA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10405. SERRANO-BEAUVAIX v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–10406. STEPHAN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–10407. MARSH, AKA MARRS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10408. PARRISH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10409. MARQUEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.